IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

06-CR-6039

**FELONY**
**INFORMATION**
7 U.S.C. §2024(b)
18 U.S.C. §1015(a)
26 U.S.C. §7206(1)

ABBAS AL-AUBUDI,

Defendant.

---

## COUNT I

**The United States Attorney Charges:**

From in or about October 2002 and continuing through September 2004, in Rochester, New York, in the Western District of New York, the defendant, **ABBAS AL-AUBUDI**, the owner of One Brother Mini Mart, located at 8 Bay Street, did knowingly use, transfer, acquire, alter and possess United States Government Food Stamp Program benefits, authorization cards, and access devices of a value exceeding $5,000 in a manner contrary to the Food Stamp Act (Title 7, United States Code, Section 2011, et seq.), and the regulations issued pursuant to that program, in that the defendant, by illegal use of authorization cards and access devices, unlawfully acquired food stamp benefits in the approximate amount

1

of $328,978 by exchanging them for United States currency in amounts less than their full value.

**All in violation of Title 7, United States Code, Section 2024(b).**

## COUNT II

**The United States Attorney Further Charges:**

That on or about August 25, 2004, in the Western District of New York, the defendant, **ABBAS AL-AUBUDI,** did knowingly make a false statement under oath in a proceeding and matter relating to and under and by virtue of any law of the United States relating to naturalization, citizenship and registry of aliens, specifically, the defendant **ABBAS AL-AUBUDI,** falsely stated under oath during his interview by immigration officials for purposes of naturalization that he had never committed a crime or offense for which he had never been arrested, and that he had never been arrested, cited or detained by law enforcement officers, when he then and there knew that he had committed food stamp fraud from October 2002 to the time period of the interview, and he knew that he had been previously arrested by police prior to the time period of the interview.

**All in violation of Title 18, United States Code, Section 1015(a).**

2

## Count III

**The United States Attorney Further Charges:**

That on or about April 15, 2003, in the Western District of New York, the defendant, **ABBAS AL-AUBUDI,** did willfully make and subscribe a federal income tax return for the year 2002, which return was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service, and which return the defendant did not believe to be true and correct as to every material matter in that the said return reported a taxable income amount which was false, whereas, as the defendant then and there well knew and believed, the taxable income amount on his federal income tax return for the year 2002 should have been substantially greater than the amount reported on said return.

**All in violation of Title 26, United States Code, Section 7206(1).**

DATED:  Rochester, New York
   March 17 , 2006

        KATHLEEN M. MEHLTRETTER
        Acting United States Attorney
        Western District of New York

   BY:  _____
        TIFFANY H. LEE
        Assistant United States Attorney